IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERMONT COX, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 00-5188 |
| | : | |
| v. | : | |
| | : | |
| MARTIN HORN, CONNOR BLAINE, | : | |
| THE DISTRICT ATTORNEY OF THE | : | |
| COUNTY OF PHILADELPHIA, and THE | : | |
| ATTORNEY GENERAL OF THE STATE | : | |
| OF PENNSYLVANIA, | : | |
| | : | |
| Respondents. | : | |

# **ORDER**

**AND NOW**, this 28th day of August, 2018, after considering the motions for relief from final judgment pursuant to Federal Rule of Civil Procedure 60(b)(6) filed by the petitioner (Doc. Nos. 56, 82), the supplemental memorandum in support of the motions filed by the petitioner (Doc. No. 95), the response in opposition filed by the respondents (Doc. No. 105), and the reply in support of the motions filed by the petitioner (Doc. No. 110); accordingly, it is hereby **ORDERED** as follows:

1. The clerk of court is **DIRECTED** to remove this action from civil suspense and return it to the court's active docket;

2. The petitioner's motions for relief (Doc. Nos. 56, 82) are **DENIED**;

3. The petitioner has not made a substantial showing of the denial of a constitutional right and is therefore not entitled to a certificate of appealability, 28 U.S.C. § 2253(c)(2);[1] and

---

[1] *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (explaining requirements for obtaining a certificate of appealability under section 2253(c)(2)).

4. The clerk of court shall mark this case as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.